

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STEVEN CHAVEZ, | § | No. 08-19-00290-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20170D01512) |

## J U D G M E N T

The Court has considered this cause on the record and concludes Appellant's attempted appeal should be dismissed for want of jurisdiction based on the trial court's certification stating that Appellant does not have the right to appeal. We therefore dismiss Appellant's appeal for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF MARCH, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.